## **William John Crandall List of Charges Against the Orono, ME Police Department**

The Orono Maine Police Department violated ACLU federal protection when they blatantly entered my domicile without a search warrant problem number one, violation of my Fourth Amendment rights the Eighth Amendment and the Fourteenth Amendment. The Orono Maine Police Department also violated my Civil Rights under the Civil Rights Act of 1871 and the Violent Crime Control and Law Enforcement Act of 1994. I was a victim of baseless uninvestigated warrantless searches and dehumanizing illegal strip searches. The violations fall under the 42 U.S.C. § 14141 and 34 U.S.C §12601, The Fourth Amendment against illegal search and seizure, 18 U.S.C § 241 and 18 U.S.C. § 242, Federal 42 U.S.C §1983, TITLE 34-B §3803, TITLE 34 – B §3862, Title 34-B §3863, Title 14 Chapter 747 §8241, and Title 17. The Orono Maine Police Department falsely represented themselves and blatantly lied about getting me medical attention when I was falsely committed to the emergency room psych department instead of seeking medical attention for my diabetes. I was denied medical attention while being cleared after several hours under psych evaluation where my medical needs were blatantly ignored by the nursing staff. The psychiatrist from Acadia Psychiatric Hospital said that I should never have been brought into the hospital in the first place. Furthermore, my health was jeopardized by the Orono Maine Police which I found out has had a history of past ACLU violations because I went without food and a Thanksgiving dinner being diabetic because the stores were closed and I could not obtain food. I would

throw in attempted murder charges but the civil rights violations should be enough.